371 A.2d 1310

Mion, Appellant, et al. v. Grove City
College et al.

Argued November 10, 1976.   Allen N. Brunwasser, with him Rudolph J. Mion, Sr., in propria persona, for appellant;  James Paul Dornberger and Andrew J. Conner, with them Dunn & Conner, for appellees.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

371 A.2d 1310

Monroeville Chrysler-Plymouth, Inc. v. Municipal
Leasing Systems, Inc. (et al., Appellant).

Argued November 8, 1976.   Irving W. Coleman, with him Michael W. Balfe, for appellant;  John R. Luke, with him David F. Dunn, for appellee.

Decree affirmed.